UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAPOLEON HOLYFIELD,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>RENO CITY COUNCIL, *et. al.*<br>　　　　　　　　　　Defendants. | Case No. 3:18-cv-00292-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 15) ("R&R") relating to Plaintiff's amended complaint (ECF No. 12). Plaintiff had until November 21, 2018 to file his objections. (ECF No. 15.) However, no objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an

objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, the Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. The Magistrate Judge had dismissed the initial complaint with leave to amend and identified deficiencies in Plaintiff's allegations and how those deficiencies may be cured. (ECF No. 9.) Because the amended complaint (ECF No. 12) also fails to state a claim, the Magistrate Judge recommended dismissal with prejudice in light of the opportunity Plaintiff had been given to amend.[1] (ECF No. 15.) Having reviewed the R&R and the amended complaint, the Court finds good cause to adopt the R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 15) is accepted and adopted in its entirety.

It is further ordered that this action is dismissed with prejudice.

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 3rd day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge screened Plaintiff's amended complaint (ECF No. 12). Plaintiff subsequently filed a document titled "amended complaint second" (ECF No. 13) but that document includes general statements about Plaintiff's concerns on behalf of disabled citizens. It does not state a claim.

2